# United States District Court
# For The Western District of North Carolina
# Asheville Division

Anthony Willliams,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    12cv97

Briggs et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/30/2012 Order.

                                              Signed: May 31, 2012

                                              */s/ Frank G. Johns*
                                              Frank G. Johns, Clerk
                                              United States District Court