# United States District Court
# For The Western District of North Carolina
# Asheville Division

Anthony Willliams,

    Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                  12cv97

Briggs et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/30/2012 Order.

                                                          Signed: May 31, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court